UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEE PEYTON,<br><br>      Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>      Respondent. | Case No. CV 10-8954-VAP(AJW)<br><br><br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: January 14, 2011

_____
Virginia A. Phillips
United States District Judge